# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 17, 2026
Lyle W. Cayce
Clerk

No. 26-40302

L ISBANI S OLER R EYES,

*Petitioner—Appellee*,

*versus*

T ODD W ALLACE B LANCHE, *Acting U.S. Attorney General*;
M ARKWAYNE M ULLIN, *Secretary, U.S. Department of Homeland
Security*; T ODD M. L YONS; L ETICIA D IAZ,

*Respondents—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:26-CV-333

ORDER:

IT IS ORDERED that Appellants' opposed motion to stay the case
pending the mandate in consolidated cases *Rodriguez v. Ortega, et al.,* No. 26-
50183, *Angel v. Mullen* No. 26-50219, *Miguel Gomez Alvarado v. Miguel
Vergara* No.26-50221 is DENIED.

I RMA C ARRILLO R AMIREZ
*United States Circuit Judge*